```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
       CIVIL DOCKET ENTRIES FOR CASE A05-0073--CV (RRB)
                      "SOA V USA ET AL"

     Including terminated parties, excluding terminated counsel
```

```
 Presiding Judge:  The Honorable Ralph R. Beistline, U.S. District Judge
 Magistrate Judge:
    Referral Rule:
            Filed: 04/11/05
           Closed: NO

     Jurisdiction: (2) U.S. Defendant
    PLF Diversity:
    DEF Diversity:

   Nature of Suit: (290) Other real property actions
                  QUIET TITLE TO PUBLIC RIGHT OF WAY
           Origin: (1) Original Proceeding
           Demand:
       Filing fee: Paid $250.00 on 04/11/05 receipt # 00125460
         Trial by:
```

Parties of Record:                              Counsel of Record:

| | | |
|---|---|---|
| PLF 1.1 | ALASKA, STATE OF | Elizabeth J. Barry<br>Attorney General's Office<br>1031 W. 4th Avenue, Suite 200<br>Anchorage, AK 99501<br>907-269-5100<br>FAX 907-279-2834 |
| DEF 1.1 | UNITED STATES OF AMERICA | Bruce M. Landon<br>U.S. Department of Justice<br>801 B Street, Suite 504<br>Anchorage, AK 99501-3657<br>907-271-5452 |
| DEF 2.1 | NORTON, GALE A. | Bruce M. Landon<br>(see above) |
| DEF 3.1 | SHUPE, MICHAEL C. | No counsel found for this party! |
| DEF 4.1 | FEJES, WILLIAM C. | No counsel found for this party! |
| DEF 5.1 | DOLPHIN, KIM | No counsel found for this party! |
| DEF 6.1 | FAIR, BRENDA | Brenda Fair<br>Pro Per<br>3457 Old Richardson Highway<br>North Pole, AK 99705-6945 |
| DEF 7.1 | FAIR, DAN | Dan Fair<br>Pro Per<br>3457 Old Richardson Highway<br>North Pole, AK 99705-6945 |

```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CIVIL DOCKET PARTY INFORMATION FOR CASE A05-0073--CV (RRB)
                  "SOA V USA ET AL"

     Including terminated parties, excluding terminated counsel
```

| Parties of Record: | | Counsel of Record: |
|---|---|---|
| DEF 8.1 | FAIR, SHANY | Shany Fair<br>Pro Per<br>3457 Old Richardson Highway<br>North Pole, AK 99705-6945 |
| DEF 9.1 | GARNETT, TIMOTHY | No counsel found for this party! |
| DEF 10.1 | KRAUSE, DERYL F. | No counsel found for this party! |
| DEF 11.1 | SWENSON, LLOYD D. | No counsel found for this party! |
| DEF 12.1 | SWENSON, TIM J. | No counsel found for this party! |
| DEF 13.1 | MCMANUS, JACK | Jack McManus<br>Pro Per<br>4136 Rutland-Dunn RD<br>Oregon, WI 53575<br>608-257-7203 |
| DEF 14.1 | [T] PETRO STAR INC | No counsel found for this party! |
| DEF 15.1 | DOYON LIMITED | James E. Torgerson<br>Heller Ehrman LLP<br>510 L Street, Suite 500<br>Anchorage, AK 99501-1959<br>907-277-1900<br>FAX 907-277-1920 |
| DEF 16.1 | [T] ALASKA NORTHWEST NATURAL GAS TRANSPORTATION CO | No counsel found for this party! |
| DEF 17.1 | [T] YUKON PACIFIC CORP | No counsel found for this party! |
| DEF 18.1 | SUKAKPAK INC | No counsel found for this party! |

```
             UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                CIVIL DOCKET ENTRIES FOR CASE A05-0073--CV (RRB)
                              "SOA V USA ET AL"

                              For all filing dates


  Presiding Judge:  The Honorable Ralph R. Beistline, U.S. District Judge
  Magistrate Judge:
     Referral Rule:
             Filed: 04/11/05
            Closed: NO

      Jurisdiction: (2) U.S. Defendant
     PLF Diversity:
     DEF Diversity:

    Nature of Suit: (290) Other real property actions
                    QUIET TITLE TO PUBLIC RIGHT OF WAY
            Origin: (1) Original Proceeding
            Demand:
        Filing fee: Paid $250.00 on 04/11/05 receipt # 00125460
          Trial by:


Document #   Filed     Docket text

      1 - 1  04/11/05  Complaint w/att exh filed.

   NOTE - 1  04/12/05  Issued: summons re: USA, Atty Gen, DEF 2-18.

      2 - 1  04/25/05  DEF 13 Answer to Complaint.

      3 - 1  04/27/05  DEF 17 Attorney Appearance of W. M. Walker.

      4 - 1  04/28/05  DEF 15 Corporate Disclosure Statement

      5 - 1  04/28/05  DEF 15 Unopposed motion for extension of time until 6/13/05 to file
                       answer.

      6 - 1  04/28/05  DEF 15 Attorney Appearance of Aaron Schutt.

      7 - 1  04/29/05  RRB Order granting motion Unopposed motion for extension of time until
                       6/13/05 to file answer (5-1).  cc: cnsl

      8 - 1  04/29/05  DEF 14 Attorney Appearance of Michael C. Geraghty, law firm of Delisio
                       Moran Geraghty & Zobel PC.

      9 - 1  05/04/05  DEF 6-8 Attorney Appearance.

     10 - 1  05/04/05  DEF 17 Unopposed motion for extension of time until 6/30/05 to file
                       answer.

     11 - 1  05/06/05  RRB Order granting unopposed motion for extension of time until 6/30/05
                       to file answer (10-1).  cc: cnsl

     12 - 1  05/09/05  DEF 16 Unopposed motion for extension of time until 6/13/05 to answer.

     13 - 1  05/10/05  RRB Order granting unopposed motion for extension of time until 6/13/05
                       to answer (12-1).  cc: cnsl

     14 - 1  05/19/05  DEF 17 FRCP 7.1 Disclosure.

     15 - 1  06/01/05  DEF 1-2 Unopposed motion for extension of time until 6/30/05 to answer.
```

```
                    UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                         CIVIL DOCKET ENTRIES FOR CASE A05-0073--CV (RRB)
                                        "SOA V USA ET AL"
```

For all filing dates

| Document # | Filed | Docket text |
|---|---|---|
| 16 - 1 | 06/03/05 | RRB Order granting unopposed motion for extension of time until 6/30/05 to answer (15-1). |
| 16A- 1 | 06/09/05 | PLF 1 Return of Service Executed re: DEF 1 (Atty Gen) on 4/20/05. |
| 16B- 1 | 06/09/05 | PLF 1 Return of Service Executed re: DEF 1 (USA) on 4/14/05. |
| 16C- 1 | 06/09/05 | PLF 1 Return of Service Executed re: DEF 2 on 4/20/05. |
| 16D- 1 | 06/09/05 | PLF 1 Return of Service Executed re: DEF 3 on 4/13/05. |
| 16E- 1 | 06/09/05 | PLF 1 Return of Service Executed re: DEF 4 on 4/12/05. |
| 16F- 1 | 06/09/05 | PLF 1 Return of Service Executed re: DEF 5 on 4/18/05. |
| 16G- 1 | 06/09/05 | PLF 1 Return of Service Executed re: DEF 6 on 5/11/05. |
| 16H- 1 | 06/09/05 | PLF 1 Return of Service Executed re: DEF 7 on 4/14/05. |
| 16I- 1 | 06/09/05 | PLF 1 Return of Service Executed re: DEF 9 on 5/16/05. |
| 16J- 1 | 06/09/05 | PLF 1 Return of Service Executed re: DEF 10 on 4/15/05. |
| 16K- 1 | 06/09/05 | PLF 1 Return of Service Executed re: DEF 11 on 4/14/05. |
| 16L- 1 | 06/09/05 | PLF 1 Return of Service Executed re: DEF 12 on 4/15/05. |
| 16M- 1 | 06/09/05 | PLF 1 Return of Service Executed re: DEF 13 on 4/15/05. |
| 16N- 1 | 06/09/05 | PLF 1 Return of Service Executed re: DEF 14 on 4/13/05. |
| 16O- 1 | 06/09/05 | PLF 1 Return of Service Executed re: DEF 15 on 4/14/05. |
| 16P- 1 | 06/09/05 | PLF 1 Return of Service Executed re: DEF 16 on 4/19/05. |
| 16Q- 1 | 06/09/05 | PLF 1 Return of Service Executed re: DEF 17 on 4/13/05. |
| 16R- 1 | 06/09/05 | PLF 1 Return of Service Executed re: DEF 18 on 4/18/05. |
| 16S- 1 | 06/09/05 | PLF 1 Return of Service Unexecuted re: DEF 8. |
| 17 - 1 | 06/10/05 | DEF 16 Unopposed motion for extension of time until 6/30/05 to file an answer to the complaint. |
| 18 - 1 | 06/10/05 | RRB Order granting unopposed motion for extension of time until 6/30/05 to file an answer (17-1).  cc: cnsl |
| 19 - 1 | 06/13/05 | DEF 15 Answer to Complaint. |
| 20 - 1 | 06/14/05 | DEF 15 Notice of withdrawal of counsel Aaron Schutt and substituting James E. Torgerson. |
| 21 - 1 | 06/15/05 | RRB Minute Order plf is required to take action a to case not at issue. Plf to require an answer or apply for default w/in 20 days.  cc: cnsl |
| 22 - 1 | 06/17/05 | PLF 1 Dismissal Notice (Party(s)) re: DEF 14/ |

```
             UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                    CIVIL DOCKET ENTRIES FOR CASE A05-0073--CV (RRB)
                                 "SOA V USA ET AL"
```

For all filing dates

| Document # | Filed | Docket text |
|---|---|---|
| 23 - 1 | 06/28/05 | DEF 17 Unopposed motion for extension of time until 7/31/05 to file answer. |
| 24 - 1 | 06/29/05 | RRB Order granting unopposed motion for extension of time until 7/31/05 to file answer (23-1).  cc: cnsl |
| 25 - 1 | 06/29/05 | PLF 1 Dismissal Notice (Party(s)) re: DEF 16 w/att attachment. |
| 26 - 1 | 06/29/05 | PLF 1 Application for entry of default re: DEF 3-12 & 18 w/att aff. |
| 27 - 1 | 06/30/05 | Clerk's Notice entering default as to DEF 3-7;9-12 and 18. cc: cnsl, M. Schupe, W. Gejes, K. Dolphin, B. fair, D. Fair, T. Garnett, D. Krause, L. Swenson, T. Swenson, Sukakpak Inc. |
| 28 - 1 | 06/30/05 | Clerk's Notice that default can not be entered as to DEF 8 pursuant to the law of the state, Alaska Civle Rule 4(h). cc: cnsl |
| 29 - 1 | 06/30/05 | DEF 1-2 Answer to Complaint. |
| 30 - 1 | 07/12/05 | PLF 1 motion for reconsideration of application for entry of default against defendant Shany Fair purusant to FRCP 55(a). |
| 31 - 1 | 07/19/05 | RRB Minute Order granting motion for reconsideration of application for entry of default against defend (30-1). cc: cnsl |
| 32 - 1 | 07/19/05 | Clerk's Notice entering default as to DEF 8. cc: cnsl |
| 33 - 1 | 07/27/05 | DEF 17 Third unopposed motion for extension of time until 8/31/05 to file an answer or plead in this matter. |
| 34 - 1 | 07/28/05 | RRB Order granting third unopposed motion for extension of time until 8/31/05 to answer (33-1).  cc: cnsl |
| 35 - 1 | 08/31/05 | DEF 17 (fourth) unopposed motion for ext of time to answer. |
| 36 - 1 | 09/02/05 | RRB Order granting motion (fourth) unopposed motion for ext of time to 9/30 to answer (35-1). cc: cnsl |
| 37 - 1 | 09/26/05 | DEF 13 Address Change Notice effective 10/11/05. |
| 38 - 1 | 10/03/05 | DEF 17 Unopposed motion for extension of time until 10/31/05 to file answer. |
| 39 - 1 | 10/04/05 | RRB Order granting unopposed motion for extension of time until 10/31/05 to file answer (38-1).  cc: cnsl |
| 40 - 1 | 10/31/05 | PLF 1 Dismissal Notice (Party(s)) re: DEF 17 based on attached settlement agreement. |
| 41 - 1 | 11/01/05 | RRB Minute Order re: initial case stat rpt/case S&P; Rule 16(b) rpt is due w/i 28 days from svc of this ord.  cc: cnsl |
| 42 - 1 | 11/16/05 | PLF 1 motion for default judgment against defs Brenda Fair, Dan Fair and Shany Fair. |