DAVID W. MÁRQUEZ
ATTORNEY GENERAL

Elizabeth J. Barry
Chief Assistant Attorney General
1031 W. 4th Avenue, Suite 200
Anchorage, AK  99501-1994
Telephone:  907-269-5100
Fax:  907-279-2834

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| STATE OF ALASKA, | ) |
|  | ) |
| Plaintiff, | ) |
|  | ) |
| v. | ) |
|  | ) |
| UNITED STATES OF AMERICA, et al., | ) Case No.  A05-073 CV |
| Defendants. | ) (RRB) |

**MOTION FOR DISMISSAL OF CLAIMS AGAINST
DEFENDANT JACK MCMANUS**

The plaintiff, State of Alaska, moves the court to dismiss with prejudice all claims against defendant McManus based on the attached stipulation, each party to bear its own costs and attorneys fees.

Respectfully submitted this 7th day of June, 2006.

        DAVID W. MÁRQUEZ
        ATTORNEY GENERAL

By:   s/_____

Elizabeth J. Barry
Chief Assistant Attorney General
Natural Resources Section
Department of Law
1031 W. 4th Avenue, Suite 200
Anchorage, Alaska  99501
Phone: 907-269-5100
Fax:  907-279-2834
Email:  Elizabeth_Barry @law.state.ak.us
Alaska Bar No. 8106006

## Certificate of Service

I certify that on this date, a copy of the foregoing MOTION FOR DISMISSAL OF CLAIMS AGAINST DEFENDANT JACK MCMANUS was served electronically on:

James E. Torgerson, Esq.
Heller Ehrman LLP
510 L Street, Suite 500
Anchorage, AK 99501-1959
Attorney for Doyon Limited

Bruce Landon
Department of Justice
Environment & Natural Resources Division
801 B Street, Suite 504
Anchorage, AK  99501
Attorney for federal defendants

And by other means on:

Jack McManus, Esq.
Box 60227
Fairbanks, AK 99706

| s/ | 6/7/06 |
|---|---|
| Elizabeth Barry | Date |