DAVID W. MÁRQUEZ
ATTORNEY GENERAL

Elizabeth J. Barry
Chief Assistant Attorney General
1031 W. 4th Avenue, Suite 200
Anchorage, AK  99501-1994
Telephone:  907-269-5100
Fax:  907-279-2834

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| STATE OF ALASKA, | ) |
| Plaintiff, | ) ) ) ) |
| v. | ) ) |
| UNITED STATES OF AMERICA, et al., Defendants. | ) ) ) Case No.  A05-073 CV ) (RRB) |

### ORDER DISMISSING CLAIMS AGAINST DEFENDANT JACK MCMANUS

Based on the Stipulation to Dismiss Claims Against Jack McManus, the court hereby grants, with prejudice, the Joint Motion for Dismissal of Claims against Jack McManus, each party to bear its own costs and attorneys fees.

_____                    _____
Date                                        Ralph R. Beistline
                                                   United States District Judge