ATTACHMENT TO STIPULATION

MAP OF MCMANUS SUBDIVISION

FILED CONVENTIONALLY