BRUCE M. LANDON
Department of Justice
Environment & Natural Resources Division
801 B Street, Suite 504
Anchorage, Alaska 99501-3657
(907) 271-5452
FAX (907) 271-5827
bruce.landon@usdoj.gov

Attorney for Federal Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| STATE OF ALASKA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>UNITED STATES OF AMERICA, Gale A. )<br>Norton, in her capacity as Secretary of the Interior; )<br>and Michael C. Shupe, William C. Fejes, Kim )<br>Dolphin, Brenda Fair, Dan Fair, Shany Fair, )<br>Timothy Garnett, Deryl F. Krause, Lloyd D. )<br>Swenson, Tim J. Swenson, Jack McManus, )<br>Petro Star, Inc., Doyon Limited, Alaskan Northwest )<br>Natural Gas Transportation Company, Yukon )<br>Pacific Corporation, Sukakpak, Inc., )<br>)<br>Defendant. )<br>) | Case No. 3:5-cv-0073 (RRB) |

JOINT MOTION FOR MODIFICATION OF SCHEDULING AND PLANNING ORDER

The parties move jointly for an order modifying the Scheduling and Planning Order filed December 9, 2005 (Docket # 45), in this case to change the due date for final witness lists from October 1, 2006, to October 30, 2006. All other provisions of the Scheduling and Planning Order would remain unchanged. A proposed order accompanies this motion.

Counsel for the State of Alaska and for Doyon. Ltd. have authorized the undersigned to file this motion as the joint motion of the parties.

Alaska v. US, 3:05-cv-0073 (RRB)
MOT. TO MODIF. SCHED. ORDER          - 1 -

RESPECTFULLY SUBMITTED this 29th day of September, 2006, at Anchorage, Alaska.

    s/ Bruce M. Landon
BRUCE M. LANDON
Department of Justice
Environment & Natural Resources Division
801 B Street, Suite 504
Anchorage, Alaska  99501-3657
(907) 271-5452
FAX (907) 271-5827
bruce.landon@usdoj.gov

Attorney for Federal Defendants

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 29th day of September, 2006, a copy of the foregoing JOINT MOTION FOR MODIFICATION OF SCHEDULING AND PLANNING ORDER and a Proposed ORDER were served electronically to:

Elizabeth Barry
James Torgerson

s/ Bruce M. Landon