BRUCE M. LANDON
Department of Justice
Environment & Natural Resources Division
801 B Street, Suite 504
Anchorage, Alaska 99501-3657
(907) 271-5452
FAX (907) 271-5827
bruce.landon@usdoj.gov

Attorney for Federal Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| STATE OF ALASKA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>UNITED STATES OF AMERICA, Gale A. )<br>Norton, in her capacity as Secretary of the Interior; )<br>and Michael C. Shupe, William C. Fejes, Kim )<br>Dolphin, Brenda Fair, Dan Fair, Shany Fair, )<br>Timothy Garnett, Deryl F. Krause, Lloyd D. )<br>Swenson, Tim J. Swenson, Jack McManus, )<br>Petro Star, Inc., Doyon Limited, Alaskan Northwest )<br>Natural Gas Transportation Company, Yukon )<br>Pacific Corporation, Sukakpak, Inc., )<br>)<br>Defendant. )<br>) | Case No. 3:5-cv-0073 (RRB) |

(PROPOSED) ORDER MODIFYING SCHEDULING AND PLANNING ORDER

The parties' Joint Motion for Modification of Scheduling and Planning Order is hereby GRANTED . The Schedule and Planning Order (Docker # 45) is hereby modified to provide that the parties shall file their final witness lists by October 30, 2006. All other provisions of the Scheduling and Planning Order shall remain unchanged.

Dated: _____        _____

RALPH R. BEISTLINE

U.S. District Judge