BRUCE M. LANDON
Department of Justice
Environment & Natural Resources Division
801 B Street, Suite 504
Anchorage, Alaska 99501-3657
(907) 271-5452
FAX (907) 271-5827
bruce.landon@usdoj.gov

Attorney for Federal Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

STATE OF ALASKA, )
 )
        Plaintiff, ) Case No. 3:5-cv-0073 (RRB)
 )
v. )
 )
UNITED STATES OF AMERICA, Gale A. )
Norton, in her capacity as Secretary of the Interior; )
and Michael C. Shupe, William C. Fejes, Kim )
Dolphin, Brenda Fair, Dan Fair, Shany Fair, )
Timothy Garnett, Deryl F. Krause, Lloyd D. )
Swenson, Tim J. Swenson, Jack McManus, )
Petro Star, Inc., Doyon Limited, Alaskan Northwest )
Natural Gas Transportation Company, Yukon )
Pacific Corporation, Sukakpak, Inc., )
 )
        Defendant. )
 )

(~~PROPOSED~~) ORDER MODIFYING SCHEDULING AND PLANNING ORDER

The parties' Joint Motion for Modification of Scheduling and Planning Order is hereby GRANTED . The Schedule and Planning Order (Docker # 45) is hereby modified to provide that the parties shall file their final witness lists by October 30, 2006. All other provisions of the Scheduling and Planning Order shall remain unchanged.

Dated: 10/3/06

\s\ RRB

RALPH R. BEISTLINE

U.S. District Judge

Alaska v. US, 3:05-cv-0073 (RRB)
Proposed ORDER        - 1 -