BRUCE M. LANDON
Department of Justice
Environment & Natural Resources Division
801 B Street, Suite 504
Anchorage, Alaska  99501-3657
(907) 271-5452
FAX (907) 271-5827
bruce.landon@usdoj.gov

Attorney for Federal Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| STATE OF ALASKA, ) | |
| ) | |
| Plaintiff, ) | Case No. 3:5-cv-0073 (RRB) |
| ) | |
| v. ) | |
| ) | |
| UNITED STATES OF AMERICA, Gale A. ) | |
| Norton, in her capacity as Secretary of the Interior; ) | |
| and Michael C. Shupe, William C. Fejes, Kim ) | |
| Dolphin, Brenda Fair, Dan Fair, Shany Fair, ) | |
| Timothy Garnett, Deryl F. Krause, Lloyd D. ) | |
| Swenson, Tim J. Swenson, Jack McManus, ) | |
| Petro Star, Inc., Doyon Limited, Alaskan Northwest ) | |
| Natural Gas Transportation Company, Yukon ) | |
| Pacific Corporation, Sukakpak, Inc., ) | |
| ) | |
| Defendant. ) | |

JOINT MOTION TO VACATE SCHEDULING ORDER

The parties move jointly for an order vacating the scheduling order (Docket # 45) as modified in this action.  The parties are in the advanced stages of settlement negotiations.  The exchange of final witness lists is currently due on October 30, 2006,  and exchange of final witness reports on December 1, 2006.  Judicial economy would be served by vacating the scheduling order.  In the alternative, the parties move jointly for an order setting back each due date in the scheduling order by 28 days.

Counsel for the State of Alaska and Doyon Ltd. have reviewed this motion and authorized

Alaska v. US, 3:05-cv-0073 (RRB)
Jt. Mot. Vac. Scheduling Order                - 1 -

the undersigned to file this motion as the joint motion of the parties.[1]/

RESPECTFULLY SUBMITTED this 30th day of October, 2006, at Anchorage, Alaska.

s/ Bruce Landon
BRUCE M. LANDON
U.S. Department of Justice
Environment & Natural Resources Division
801 B Street, Suite 504
Anchorage, Alaska 99501-3657
Telephone: (907) 271-5452
Facsimile: (907) 271-5827
Email: bruce.landon@usdoj.gov

Attorney for Defendants

CERTIFICATE OF SERVICE / Attorney for Federal Defendants

I HEREBY CERTIFY that on this 30th day of October, 2006, a copy of the foregoing JOINT MOTION TO VACATE SCHEDULING ORDER and Proposed ORDER were served electronically to:

Elizabeth Barry
James Torgerson

s/ Bruce M. Landon

---

[1]/    The remaining defendants listed in the Complaint have either already settled with the State of Alaska or had default judgments entered against them.

Alaska v. US, 3:05-cv-0073 (RRB)
Jt. Mot. Vac. Scheduling Order            - 2 -