BRUCE M. LANDON
Department of Justice
Environment & Natural Resources Division
801 B Street, Suite 504
Anchorage, Alaska 99501-3657
(907) 271-5452
FAX (907) 271-5827
bruce.landon@usdoj.gov

Attorney for Federal Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| STATE OF ALASKA, | ) |
|        Plaintiff, | ) Case No. 3:5-cv-0073 (RRB) |
|   v. | ) |
| UNITED STATES OF AMERICA, Gale A. Norton, in her capacity as Secretary of the Interior; and Michael C. Shupe, William C. Fejes, Kim Dolphin, Brenda Fair, Dan Fair, Shany Fair, Timothy Garnett, Deryl F. Krause, Lloyd D. Swenson, Tim J. Swenson, Jack McManus, Petro Star, Inc., Doyon Limited, Alaskan Northwest Natural Gas Transportation Company, Yukon Pacific Corporation, Sukakpak, Inc., | ) |
|        Defendant. | ) |

(PROPOSED) ORDER

The Joint Motion of the Parties to Vacate Scheduling Order (Docket #45 ) is hereby GRANTED.

Dated _____        _____
                                                                                 RALPH R. BEISTLINE
                                                                                 United States District Judge