BRUCE M. LANDON
Department of Justice
Environment & Natural Resources Division
801 B Street, Suite 504
Anchorage, Alaska 99501-3657
(907) 271-5452
FAX (907) 271-5827
bruce.landon@usdoj.gov

Attorney for Federal Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

STATE OF ALASKA,                              )
                                              )
              Plaintiff,                      ) Case No. 3:5-cv-0073 (RRB)
                                              )
       v.                                     )
                                              )
UNITED STATES OF AMERICA, Gale A.             )
Norton, in her capacity as Secretary of the Interior; )
and Michael C. Shupe, William C. Fejes, Kim   )
Dolphin, Brenda Fair, Dan Fair, Shany Fair,   )
Timothy Garnett, Deryl F. Krause, Lloyd D.    )
Swenson, Tim J. Swenson, Jack McManus,        )
Petro Star, Inc., Doyon Limited, Alaskan Northwest )
Natural Gas Transportation Company, Yukon     )
Pacific Corporation, Sukakpak, Inc.,          )
                                              )
              Defendant.                      )
                                              )

(~~PROPOSED~~) ORDER

The Joint Motion of the Parties to Vacate Scheduling Order (Docket #45 ) is hereby GRANTED.

Dated 10/30/06                          /s/ RRB
                                        _____
                                        RALPH R. BEISTLINE
                                        United States District Judge

Alaska v. US, 3:05-cv-0073 (RRB)
Order Vacating Scheduling Order          - 1 -