BRUCE M. LANDON
Department of Justice
Environment & Natural Resources Division
801 B Street, Suite 504
Anchorage, Alaska 99501-3657
(907) 271-5452
FAX (907) 271-5827
bruce.landon@usdoj.gov

Attorney for Federal Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| STATE OF ALASKA, ) | |
| ) | |
| Plaintiff, ) | Case No. 3:5-cv-0073 (RRB) |
| ) | |
| v. ) | |
| ) | |
| UNITED STATES OF AMERICA, *et al.* ) | |
| ) | |
| Defendants. ) | |
| ) | |

JOINT MOTION FOR LEAVE TO FILE OVERSIZED EXHIBITS IN PAPER FORM

    The parties move jointly for an order granting them leave to file an exhibit in paper form. The exhibit consists of eleven sheets of an oversized map and aerial photographs with markings on them. Each sheet is 24 by 36 inches. The parties propose to file a single copy of the exhibit rolled up in a shipping tube. The outside of the tube would have a label stating the case name and number, the exhibit number, and the fact that the exhibit accompanies the (proposed) final judgment.

    Simultaneous with the filing of this motion, the parties are filing a Joint Motion for Approval of Settlement, Confirmation of Disclaimer, and Entry of Consent Decree and Final Judgment. The settlement would result in quieting in the State of Alaska a highway right-of-way. The location of that right-of-way is described with reference to markings on the aerial photos in the exhibit, pending the completion of a final survey.

Alaska v. US, 3:05-cv-0073 (RRB)
Mot. to File Paper Exhibit

The aerial photos include too much information to be filed electronically. The parties have been unable to identify a practicable alternative to filing the exhibit in paper form.

Counsel for the State of Alaska and Doyon, Limited have authorized the undersigned to file this motion as the joint motion of the parties. A proposed order accompanies this motion.

RESPECTFULLY SUBMITTED this 8th day of January, 2007, at Anchorage, Alaska.

                                                 s/ Bruce M. Landon
                                                 BRUCE M. LANDON
                                                 Department of Justice
                                                 Environment & Natural Resources Division
                                                 801 B Street, Suite 504
                                                 Anchorage, Alaska  99501-3657
                                                 Telephone: (907) 271-5452
                                                 Facsimile:  (907) 271-5827
                                                 Email:  bruce.landon@usdoj.gov

                                               Attorney for Federal Defendants

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 8th day of January, 2007, a copy of the foregoing JOINT MOTION FOR LEAVE TO FILE OVERSIZED EXHIBITS IN PAPER FORM and Proposed Order were served electronically to:

Elizabeth Barry
Colleen Moore
James Torgerson

s/ Bruce M. Landon

Alaska v. US, 3:05-cv-0073 (RRB)
Mot. to File Paper Exhibit