BRUCE M. LANDON
Department of Justice
Environment & Natural Resources Division
801 B Street, Suite 504
Anchorage, Alaska 99501-3657
Telephone: (907) 271-5452
Facsimile: (907) 271-5827
Email: bruce.landon@usdoj.gov

Attorney for Federal Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| STATE OF ALASKA, ) | |
| ) | |
| Plaintiff, ) | Case No. 3:5-cv-0073 (RRB) |
| ) | |
| v. ) | |
| ) | |
| UNITED STATES OF AMERICA, *et al.* ) | |
| ) | |
| Defendants. ) | |

(PROPOSED) ORDER GRANTING
JOINT MOTION FOR LEAVE TO FILE OVERSIZED EXHIBITS IN PAPER FORM

The parties' joint motion for leave to file an exhibit in paper form is GRANTED. The parties shall file Exhibit 1, consisting of eleven oversized sheets of aerial photographs in paper form. The parties shall file a single copy of the exhibit rolled up in a shipping tube. The outside of the tube shall have a label stating the case name and number, the exhibit number and the fact that the exhibit accompanies the (proposed) final judgment.

Dated: _____                    _____
                                                  RALPH R. BEISTLINE
                                                  United States District Judge