BRUCE M. LANDON
Department of Justice
Environment & Natural Resources Division
801 B Street, Suite 504
Anchorage, Alaska 99501-3657
Telephone: (907) 271-5452
Facsimile: (907) 271-5827
Email: bruce.landon@usdoj.gov

Attorney for Federal Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| STATE OF ALASKA, ) | |
| ) | |
| Plaintiff, ) | Case No. 3:5-cv-0073 (RRB) |
| ) | |
| v. ) | |
| ) | |
| UNITED STATES OF AMERICA, *et al.* ) | |
| ) | |
| Defendants. ) | |
| ) | |

SETTLEMENT AGREEMENT

The State of Alaska, the United States and Doyon, Limited, enter the following settlement agreement:

1. Within 30 days after the effective date of this Settlement Agreement, the parties will execute and file the Joint Motion for Approval of Settlement, Confirmation of Disclaimer, and Entry of Consent Decree and Final Judgment, and Proposed Consent Decree, and Proposed Final Judgment attached hereto and incorporated by reference.

2. All parties shall bear their own costs and attorney fees.

3. This Settlement Agreement shall become effective when all of the signatures required below have been obtained.

4. This settlement agreement shall not be interpreted to require the expenditure of funds not appropriated by Congress.

5. This settlement agreement is entered into for the sole purpose of settling the claims in this action and shall become a part of the record in this action. This settlement agreement shall not be evidence of any agreement by any party to any allegations raised by any other party in this case, or a waiver by, or an admission against any party.

6. This settlement agreement does not constitute an admission of liability and will not prejudice or otherwise affect the rights of any of the parties with respect to any other litigation or factual situation except as expressly provided herein.

7. In the event the consent decree and final judgment specified in Paragraph 1 are not approved by the court, this settlement agreement is void.

8. This settlement agreement shall be binding on the parties, their officers, agents, successors and assigns.

Dated: January 8th, 2007

S/ Elizabeth J. Barry
ELIZABETH J. BARRY
Assistant Attorney General
1031 4th Avenue, Suite 200
Anchorage, Alaska 99501
Telephone: (907) 269-5100
Facsimile: (907) 279-2834
Email: Elizabeth_Barry@law.state.ak.us

Dated: January 8th, 2007

S/ Bruce M. Landon
BRUCE M. LANDON
Department of Justice
Environment & Natural Resources Division

        801 B Street, Suite 504
        Anchorage, Alaska 99501-3657
        Telephone: (907) 271-5452
        Facsimile: (907) 271-5827
        Email: bruce.landon@usdoj.gov

        Attorney for Federal Defendants

Dated:   January 8th, 2007        <u>S/ James E. Torgerson</u>
        JAMES E. TORGERSON
        Heller Ehrman LLP
        510 L Street, Suite 500
        Anchorage, Alaska 99501
        Telephone: (907) 277-1900
        Facsimile: (907) 277-1920
        Email: jim.torgerson@hellerehrman.com

        Attorney for Doyon Limited