BRUCE M. LANDON
DEPARTMENT OF JUSTICE
Environment & Natural Resources Division
801 B Street, Suite 504
Anchorage, Alaska 99501-3657
Telephone: (907)271-5452
Facsimile: (907)271-5827
Email: bruce.landon@usdoj.gov

Attorney for Federal Defendants

UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| STATE OF ALASKA, ) <br> ) <br> Plaintiff, ) <br> ) Case No. 3:05-cv-0073 (RRB) <br> v. ) <br> ) <br> UNITED STATES OF AMERICA,) <br> et al., ) <br> ) <br> Defendants. ) <br> _____) DISCLAIMER | |

    COMES NOW the United States of America, through counsel, and disclaims any interest adverse to the claim of the State of Alaska that a R.S. 2477 (43 U.S.C. § 932) highway right-of-way exists along that portion of the Coldfoot to Caro Trail (RST 262) and the Coldfoot to Chandalar Lake Trail (RST 9) as generally shown on Exhibit A to the Complaint (attached hereto) that is east of the line between Ranges 6 and 7 West of Township 29 N, Fairbanks Meridian.  This disclaimer is conditioned upon the entry by the court of the consent decree and

1

final judgment provided for in the settlement agreement between the United States, the State of Alaska and Doyon, Limited in this action.

RESPECTFULLY SUBMITTED, this 8th day of January, 2007, at Anchorage, Alaska.

                s/Bruce M. Landon
                BRUCE M. LANDON
                DEPARTMENT OF JUSTICE
                Environment & Natural Resources Division
                801 B Street, Suite 504
                Anchorage, Alaska 99501-3657
                Telephone: (907)271-5452
                Facsimile: (907)271-5827
                Email: bruce.landon@usdoj.gov

                Attorney for Federal Defendants