BRUCE M. LANDON
Department of Justice
Environment & Natural Resources Division
801 B Street, Suite 504
Anchorage, Alaska  99501-3657
Telephone: (907) 271-5452
Facsimile:  (907) 271-5827
Email: bruce.landon@usdoj.gov

Attorney for Federal Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| STATE OF ALASKA, | ) |
| Plaintiff, | ) Case No. 3:5-cv-0073 (RRB) |
| v. | ) |
| UNITED STATES OF AMERICA,  DIRK KEMPTHORNE, Secretary of the Interior; and Michael C. Shupe, William C. Fejes, Kim Dolphin, Brenda Fair, Dan Fair, Shany Fair, Timothy Garnett, Deryl F. Krause, Lloyd D. Swenson, Tim J. Swenson, Jack McManus, Petro Star, Inc., Doyon Limited, Alaskan Northwest Natural Gas Transportation Company, Yukon Pacific Corporation, Sukakpak, Inc., | ) |
| Defendant. | ) |

NOTICE OF FILING OF OVERSIZED EXHIBIT IN PAPER FORM

Pursuant to the Court's Order filed January 9, 2007, Docket # 60, federal defendants hereby give notice of the filing in paper form of Exhibit 1 to the proposed final judgment, consisting of eleven oversized sheets of maps and aerial photographs.

RESPECTFULLY SUBMITTED this 9th day of January, 2007.

s/ Bruce M. Landon
BRUCE M. LANDON
Department of Justice
Environment & Natural Resources Division
801 B Street, Suite 504
Anchorage, Alaska  99501-3657
Telephone: (907) 271-5452

Facsimile: (907) 271-5827
Email: bruce.landon@usdoj.gov

Attorney for Federal Defendants

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 9th day of January, 2007, a copy of the foregoing NOTICE OF FILING OF OVERSIZED EXHIBIT IN PAPER FORM (without Exhibit 1) was served electronically to:

Elizabeth Barry
James Torgerson
Colleen Moore

s/ Bruce M. Landon

Alaska v. US, 3:05-cv-0073 (RRB)
NOT. OF FILING          - 2 -