EXHIBIT 1

11  OVERSIZED MAPS
files conventionally